# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>DARRELL GILL<br>SSAN: SSAN: XXX-XX-4197<br><br><br><br>Debtor(s) | Case No. 13-31276-DHW<br>Chapter 13 |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE WITHOUT FURTHER NOTICE OR HEARING UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OR OBJECTION.**

## TRUSTEE'S OBJECTION TO CLAIM

COMES NOW, the Trustee in the above styled case, and objects to Court Claim #15 of Jp Morgan Chase Bank Na. As grounds, the Trustee states as follows:

> The debtor(s) plan provided for the surrender of collateral to the creditor. The Trustee sent a written request to the creditor that the creditor amend its claim to reflect any proceeds realized upon disposition of the collateral. The creditor has not responded to this written request. The Trustee contends that a purpose would be served in the granting of this objection claim.

WHEREFORE, the above premises considered, the Trustee objects to this claim and moves this Honorable Court to reduce the claim to the amount paid with a balance of zero and with leave to amend its claim to reflect any deficiency.

Respectfully submitted this Friday, 8 July, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | By: /s/ *Curtis C. Reding*<br>Curtis C. Reding<br>Chapter 13 Trustee |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Claim of Jp Morgan Chase Bank Na on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Friday, 8 July, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>JP MORGAN CHASE BANK NA<br>RICHARD D SHINBAUM<br>Sirote & Permutt PC | /s/ Curtis C. Reding<br>Curtis C. Reding<br>Chapter 13 Trustee |