# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Darrell Gill  
    Debtor

Case No. 13–31276  
Chapter 13

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *JP Morgan Chase Bank NA (Claim #15)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Done this 11th day of August, 2016.

*Dwight A. Williams, Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge